In the Matter of the Application of Joseph P. Collins and Others against The Board of Standards and Appeals of the City of New York and Others.—

Preference granted for June 4, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.